## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRENDON PAYNE,

        Plaintiff,

v.                                         Case No:  6:15-cv-1727-Orl-40DAB

RIVER ROCKS LLC, THORNADO
HOSPITALITY, LLC, MICHAEL C.
MELHADO and TRACY A.
SILVERTHORN,

        Defendants.

_____/

### <u>ORDER</u>

This cause is before the Court on Defendants' Motion to Dismiss (Doc. 16) filed on December 4, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 21, 2016 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Dismiss (Doc. 16) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on February 8, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties