**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRENDON PAYNE,

Plaintiff,

v. Case No: 6:15-cv-1727-Orl-40DCI

RIVER ROCKS LLC, THORNADO HOSPITALITY, LLC, MICHAEL C. MELHADO and TRACY A. SILVERTHORN,

Defendants.
___________________________________/

**ORDER**

This cause is before the Court on Plaintiff's Amended Motion for Reasonable Attorney's Fees and Costs (Doc. 56) filed on October 25, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 22, 2017 (Doc. 58), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Reasonable Attorney's Fees and Costs (Doc. 56) is **GRANTED** to the extent that Plaintiff is awarded $4,095.00 in attorney’s fees and $400.00 in costs.

3. The Amended Motion (Doc. 56) is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on March 13, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties